592

No. 448. PETROLEUM EXPLORATION *v.* BURNET, COM-MISSIONER OF INTERNAL REVENUE. November 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Robert Ash* for petitioner. *Solicitor General Thacher* for respondent.

No. 315. VOEHL *v.* INDEMNITY INSURANCE Co. November 21, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Israel J. Mendelson* for petitioner. *Messrs. Frederic D. McKenney, John S. Flannery,* and *G. Bowdoin Craighill* for respondent.

No. 460. ANDERSON, COLLECTOR OF INTERNAL REVENUE, *v.* WILSON ET AL.; and
No. 461. WILSON ET AL. *v.* ANDERSON, COLLECTOR OF INTERNAL REVENUE. November 21, 1932. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Whitney North Seymour* and *Sewall Key,* and *Miss Helen R. Carloss* for Anderson, Collector. *Messrs. George E. Cleary* and *Clark T. Brown* for Wilson et al.

No. 138. MILLER *v.* ADERHOLD, WARDEN. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Dean G. Acheson* and *Joseph F. Miller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for respondent.